| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | LUIS | MANUEL | GARATE |
| | First Name | Middle Name | Last Name |
| Debtor 2 | ANYLOLY | | FERNANDEZ |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | District of | PR |
| | | | (State) |
| Case number: | 18-05432-BKT7 | | |

RECEIVED AND FILED - SJ-PR

USBC '22 NOV 14 PM 2:34

Form LBF-B (Rev. 12/19)

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $4,621.39 |
|---|---|
| Claimant's Name: | LUIS MANUEL GARATE JORGE |
| Claimant's Name (2): | ANYLOLY FERNANDEZ PADIAL |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | MIRADOR BORINQUEN GARDENS<br>C STREET, C-17, SAN JUAN, PR 00926<br>787-543-9078<br>luisgarate@makkoconstruction.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- ☑ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- ☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- ☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
- ☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

- ☑ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application (copy of a valid driver's license and/or passport). All applicants must file and submit form AO 213P.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

4. Notice to United States Attorney

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
for the District of Puerto Rico
Torre Chardón, Suite 1201
350 Carlos Chardón Ave.
San Juan, P.R. 00918

| 5. Applicant Declaration | 5. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: 11/14/2022 | Date: 11/14/2022 |
| Signature of Applicant | Signature of Co-Applicant (if applicable) |
| Printed Name of Applicant: LUIS MANUEL GARATE JORGE | Printed Name of Co-Applicant (if applicable): ANYLOLY FERNANDEZ PADIAL |
| Address: MIRADOR BORINQUEN GARDENS C STREET, C-17, SAN JUAN, PR 00926 | Address: MIRADOR BORINQUEN GARDENS C STREET, C-17, SAN JUAN, PR 00926 |
| Telephone: 787-543-9078 | Telephone: 787-543-1119 |
| Email: luisgarate@makkoconstruction.com | Email: anyloly1@hotmail.com |

6. Notice of Response Time

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.



Scanned with CamScanner